**EMMA S. MOORE v. WILTON FLOYD ALMON**

17 So. (2nd) 123  
February 25, 1944

January Term, 1944  
Division A

*E. M. Baynes,* for appellant.

No appearance for appellee.

PER CURIAM:

The judgment appealed from is reversed upon authority of Di Giorgio v. Di Giorgio, 153 Fla. 24, 12 So. (2nd) 596, and Dorman v. Friendly, 146 Fla. 732, 1 So. (2nd) 734.

Reversed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.